TODD BLANCHE
Deputy Attorney General for the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Summer.Johnson@usdoj.gov

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Robert Wayne Kerner, | Case No. |
| Plaintiff, | **Notice of Removal** |
| v. | |
| Liam Pisan, | |
| Defendant. | |

Defendant Liam Pisan files this Notice of Removal of the above-captioned action to the United States District Court for the District of Nevada. The grounds for removal are set forth below.

1.      This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(1) and 1446 for removal of the case entitled *Robert Wayne Kerner v. Liam Pisan*, Case No. 25A0001815, now pending in the Justice Court, Township of Las Vegas, Clark County, Nevada. Defendant is in receipt of the Complaint and Order to Appear in the referenced action filed on October 1, 2025. The Complaint and Order to Appear are attached as an Exhibit hereto.

2.      This action is being removed pursuant to 28 U.S.C. § 1442(a)(1), which provides in pertinent part:

"A civil action … that is commenced in a State court and that is against or directed to any of the following may be removed by them to

the district court of the United States for the district and division embracing the place wherein it is pending: (1) The United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity, for or relating to any act under color of such office . . . ."

28 U.S.C. § 1442(a)(1). Section 1442(a)(1) provides for a "broad" grant of removal jurisdiction and is not given a "narrow, grudging interpretation." *Nationwide Investors v. Miller*, 793. F.2d 1044, 1046 (9th Cir. 1986) (citing *Gillingham v. Morgan*, 395 U.S. 402, 407 (1969)). Under Section 1442(a)(1), federal court jurisdiction need not even be apparent from the face of the complaint itself. See *Jefferson Cnty. v. Acer*, 527 U.S. 423 (1999); *Mesa v. California*, 489 U.S. 121 (1989).

3.    Defendant was served with the Complaint and Order to Appear on December 17, 2025, making this removal timely filed in accordance with the provisions of 28 U.S.C. § 1446(b).

4.    The United States does not waive any defenses listed in Federal Rule of Civil Procedure 12(b) or other applicable law by filing this notice, including service in accordance with Fed. R. Civ. P. 4(i).

5.    A copy of this notice will be served promptly on Plaintiff and filed with the Clerk of the Justice Court, Township of Las Vegas, Clark County, Nevada.

6.    WHEREFORE, the United States gives notice that this action is removed to the United States District Court for the District of Nevada.

Respectfully submitted this 5th day of January 2026.

TODD BLANCHE
Deputy Attorney General for the United States
SIGAL CHATTAH
First Assistance United States Attorney

*/s/ Summer A. Johnson*
SUMMER A. JOHNSON
Assistant United States Attorney

2

**Certificate of Service**

I hereby certify that on January 5, 2026, I electronically filed and served the foregoing Notice of Removal with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system and via email and US Mail to the address below.

US Mail/E-Mail

Robert Wayne Kerner
2775 W. Agate Ave., Unit 305
Las Vegas Nevada 89123
emailrkw@gmail.com

*/s/ Vera Minkova*
VERA MINKOVA
Paralegal Specialist