TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistance United States Attorney
District of Nevada
Nevada Bar No. 8264

SUMMER A. JOHNSON
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Summer.Johnson@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Robert Wayne Kerner,<br><br>Plaintiff,<br>v.<br><br>Liam Pisan,<br><br>Defendant. | Case No. 2:26-cv-00005-JAD-DJA<br><br>**United States' Statement Regarding Removal** |

In accordance with the court's order (ECF No. 2) the United States submits this statement regarding removal.

**1. The date on which you were served with a copy of the complaint.**

Defendant received a copy of the complaint on December 17, 2025. As of the date of this filing, the United States has not been properly served in this action in accordance with the Federal Rules of Civil Procedure. *See* Rule 4(i).

**2. The date on which you were served with a copy of the summons.**

Defendant received a copy of the summons on December 17, 2025. As of the date of this filing, the United States has not been properly served in this action in accordance with the Federal Rules of Civil Procedure. *See* Rule 4(i).

**3. In removals based on diversity of citizenship, the names of any served defendants who are citizens of Nevada, the citizenship of the other parties, and a summary of defendant's evidence of the amount in controversy.**

Not applicable. The Defendant did not remove this case based on diversity jurisdiction.

**4. If the notice of removal was filed more than 30 days after you first received a copy of the summons and complaint, the reason removal has taken place at this time and the date you first received a paper identifying the basis for removal.**

Not applicable.

**5. In actions removed on the basis of the court's jurisdiction in which the state court action was commenced more than a year before the date of removal, the reasons this action should not summarily be remanded to the state court.**

Plaintiff commenced the state court case on September 30, 2025, less than one year before the date of removal.

**6. The name of any defendant known to have been served before you filed the notice of removal who did not formally join in the notice of removal and the reasons they did not.**

Defendant is not aware of any defendant known to have been properly served in accordance with the Federal Rules of Civil Procedure before Defendant filed his notice of removal.

Finally, the court's order (ECF No. 2) instructs the removing party to serve a copy of the order on all other parties to the case. In accordance with that order, a copy of order is attached as an exhibit to this filing.

Dated: January 21, 2026

TODD BLANCE
Deputy Attorney General of the United States
SIGAL CHATTAH
United States Attorney

*/s/ Summer A. Johnson*
SUMMER A. JOHNSON
Assistant United States Attorney

**Certificate of Service**

I certify that on January 21, 2026, I electronically filed the foregoing Statement Regarding Removal with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system and US Mail to the addresses listed below.

US Mail:

Robert Wayne Kerner
2775 W. Agate Ave., Unit 305
Las Vegas Nevada 89123

*/s/ Summer A. Johnson*
SUMMER A. JOHNSON
Assistant United States Attorney
United States Attorney's Office