TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Summer.Johnson@usdoj.gov

*Attorneys for the Defendant(s)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Robert Wayne Kerner,

Plaintiff,

v.

Liam Pisan,

Defendant.

Case No. 2:26-cv-00005-JAD-DJA

**Defendant's Status Report**

Federal Defendant, by and through the undersigned, hereby submits his Status Report, pursuant to the Court's Order dated January 6, 2026 (ECF No. 2) and states as follows:[1]

1. Plaintiff filed the Small Claims Complaint in the Justice Court, Township of Las Vegas, Clark County, Nevada, Case No. 25A0001815 ("Small Claims Action") on October 1, 2025.

2. The United States filed a Petition for Removal of the Small Claims Action on January 5, 2026 (ECF No. 1), and filed a Statement Concerning Removal on January 21, 2026. ECF No. 4.

3. The United States will file its Answer or otherwise respond on or before February 13, 2026.

[1] Undersigned counsel provided Plaintiff, Mr. Kerner, with a proposed Joint Status Report in substantially the same form as the instant Status Report. Plaintiff declined to join and advised that he will address status matters directly with the Court as appropriate.

4. The only Defendant that has been served in the Small Claims Action is the individually named Defendant herein, Liam Pisan, a federal employee, who was served on December 17, 2025. Neither the Defendant nor the United States waive any defenses listed in Federal Rule of Civil Procedure 12(b) or other applicable law by filing this Status Report, including service in accordance with Fed. R. Civ. P. Rules 4(i) or 4(m).

5. There are no pending or unresolved motions or other matters requiring the attention of the Court.

Respectfully submitted this 5th day of February 2026.

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
United States Attorney

*<u>/s/ Summer A. Johnson</u>*
SUMMER A. JOHNSON
Assistant United States Attorney
*Attorneys for the Defendant(s)*